1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Tracey E. Sebree,                              No. 2:24-cv-00422-KJM-AC

12                      Plaintiff,                  ORDER

13          v.

14   Costco Wholesale, Inc. et al.,

15                      Defendants.

16

17          Defendant Costco Wholesale Inc. removed this action from Sacramento County Superior

18   Court on February 6, 2024.  *See* Removal Notice, ECF No. 1.  The next day, the court sent

19   plaintiff's attorney, Gerald H. Scher, who is not admitted to practice in the Eastern District of

20   California, attorney admissions instructions.  Scher did not comply with the instructions.  The

21   parties then filed a joint status report on April 12, 2024, which Scher signed despite not being

22   admitted to this court.  *See* JSR, ECF No. 5.  On April 24, 2024, the court sent Scher attorney

23   admissions instructions for a second time.  To date, Scher has not complied.  The court now

24   **orders Scher to comply with the attorney admissions instructions as mandated under Local**

25   **Rule 180 within fourteen (14) days or risk sanctions under Local Rule 110**.

26          Additionally, to allow Scher time to comply, the initial scheduling conference set for

27   June 27, 2024, is **vacated** and **continued** to July 11, 2024, at 2:30 PM before Chief Judge

28   Kimberly J. Mueller.  The July hearing will proceed by video conferencing through the *Zoom*

                                                  1

1   application.  The Courtroom Deputy will provide counsel with the hearing access information no

2   less than 24 hours before the hearing.

3          IT IS SO ORDERED.

4   DATED:  June 10, 2024.

5   _____
    CHIEF UNITED STATES DISTRICT JUDGE